IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:21-cv-00419

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>APPROXIMATELY $69,000 IN UNITED STATES CURRENCY SEIZED FROM RONALD NEVILLE ON APRIL 13, 2021 AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | **DEFAULT JUDGMENT** |

THIS MATTER is before the Court on the United States of America's Motion for Default Judgment in this case. For good cause shown, the Court will GRANT the Motion and enter this Default Judgment. The Court FINDS AS FOLLOWS:

## BACKGROUND

On August 13, 2021, the United States filed a Complaint (Doc. 1) against the defendant $69,000 in United States Currency captioned above ("the Currency"). The Complaint alleged that the Currency constituted money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C § § 841 and/or 846, and was therefore subject to forfeiture.

From August 20, 2021 through September 18, 2021, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(4)(a), the Government provided Notice by Publication (Doc. 5) of this action. Further, the Government mailed direct notice (Doc. 4) of the Complaint to the following individuals:

- Ronald Lamont Neville;
- RLN, LLC; and

- Leslie M. Sammis, Esq., Counsel for Claimant.

Notice of the forfeiture of the Currency has been properly published and directly provided, there are no claims as to the Currency, and the time for filing claims has expired.

## LEGAL CONCLUSIONS

Fed. R. Civ. P. 55 (b)(2) provides for entry of the requested Default Judgment by the Court. Here, the United States has provided notice of forfeiture in accordance with the Federal Rules of Civil Procedure, Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G. Further, no individuals or entities have filed claims and the time-period for filing claims has expired. Finally, the Clerk has issued an Entry of Default. Therefore, the requested Default Judgment is appropriate.

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the Government is entitled to a Judgment of by Default against the Defendant Property.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Government's Motion for Default Judgment is hereby GRANTED.

2. Any and all right, title, and interest of all persons in the world in or to the following Defendant Property is hereby forfeited to the United Sates, and no other right, title, or interest shall exist therein:

**Approximately $69,000.00 in United States Currency seized from Ronald Neville on or about April 13, 2021.**

Signed: November 15, 2021

Frank G. Johns, Clerk
United States District Court